## AGREEMENT FOR DEFERRED PROSECUTION

**UNITED STATES OF AMERICA**   Citation No: FBBP002Q

v.

**Paul T. Bailetstoner**

Name: Paul T. Bailetstoner
Docket or Citation #: 5:16-po-0207-JLT-1
Address: 1018 North 7th Street, Tacoma, WA 98403
Telephone No: (714) 989-3086

PAUL T. BAILETSTONER is reported to have committed an offense against the United States

on or about: May 15, 2016

in violation of: Title 36 Code of Federal Regulations § 261.5(E)

in that he: Allowed a Fire to Escape from Control;

     By accepting responsibility for this behavior, Paul T. Bailetstoner's admission to the facts stated below, and by his signature on this Agreement, it appears that, after an investigation of the offense and of Mr. Bailetstoner's background, the interest of the United States, Mr. Bailetstoner's own interest, and the interest of justice will be best served by allowing Mr. Bailetstoner to demonstrate his good conduct by the following procedure.

     Therefore, prosecution in this District for this offense shall be deferred until **July 10, 2018**, provided Mr. Bailetstoner abides by the following conditions and the requirements of the program set out below:

### CONDITIONS OF DEFERRED PROSECUTION

1) Mr. Bailetstoner acknowledges that he allowed a fire to escape from control at the South Fork Recreation Area on National Forest Lands.

2) Mr. Bailetstoner agrees to perform fifty (50) hours of community service at a qualified 501(c)(3) nonprofit organization and provide written proof to the Government no later than February 28, 2018.
3) Mr. Bailetstoner agrees that he shall not violate any law (Federal, State or Local) within the deferral period.

Should Mr. Bailetstoner violate the conditions of this agreement, the United States Government reserves the right to re-initiate prosecution for this offense during the period of deferral or within the statutory limitations for this offense. The United States Government reserves the right to waive a violation of this Agreement in writing after a notice of the violation has been provided by Mr. Bailetstoner.

If Mr. Bailetstoner successfully completes the deferment program by meeting the forgoing conditions during the period of diversion, no prosecution for the offense specified in this Agreement will be instituted in this District, and any charging document will be discharged.

The Defendant, Paul T. Bailetstoner, hereby acknowledges that he has read the foregoing Written Deferred Prosecution Agreement and fully understands the contents of this Agreement. Defendant has had adequate opportunity to discuss the foregoing Deferred Prosecution Agreement with his counsel and desires to enter into said agreement.

Signed: _____ Dated: 7/5/2017
Defendant: Paul T. Bailetstoner

Signed: _____ Dated: July 5, '17
Megan Hopkins, Counsel for Paul T. Bailetstoner

Signed: _____ Dated: 7/5/2017
Ty Davis, Counsel for Government

ORDER

Based upon the agreement of the parties, all further hearings are VACATED unless or until there is a breach of this agreement.

IT IS SO ORDERED

Date: July 6, 2017

_____
U.S. Magistrate Judge

U.S. v. Paul T. Bailetstoner
Deferred Prosecution Agreement