| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | PAUL T. BAILETSTONER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:16-po-00207-JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO DISMISS CITATION; |
| | ) [~~PROPOSED~~] ORDER |
| vs. | ) |
| | ) Judge: Hon. Jennifer L. Thurston |
| PAUL T. BAILETSTONER, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ty Davis, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Paul T. Bailetstoner, that the Court dismiss the citation and close this case.

Paul T. Bailetstoner has met all the conditions of the Deferred Prosecution Agreement filed with the Court on 07/06/2017. Based on this information, all parties request this matter be closed upon the Government's dismissal of Citation No. FBBP002Q.

///

///

///

///

///

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Date: June 6, 2018 | */s/ Ty Davis*<br>Ty Davis |
| 5 | | Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 | | |
| 7 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | | |
| 9 | Date: June 6, 2018 | */s/ Andrew Wong*<br>ANDREW WONG |
| 10 | | Assistant Federal Defender<br>Attorney for Defendant |
| 11 | | SCOTT BALLARDO |

**O R D E R**

IT IS SO ORDERED.

Dated: **June 7, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE